**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00051-CR**
_____

**EX PARTE JACQUES KIDD**

**On Appeal from the 443rd District Court**
**Ellis County, Texas**
**Trial Cause No. 34567-CR**

**MEMORANDUM OPINION**

Appellant Jacques Kidd has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). A request to dismiss the appeal is signed by Kidd personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.[1]

APPEAL DISMISSED.

PER CURIAM

_____

[1] This case was transferred to this Court from the Tenth Court of Appeals in Waco, Texas, pursuant to a docket equalization order. *See* Tex. Gov't Code Ann. § 73.001.

Submitted on April 13, 2021
Opinion Delivered April 21, 2021
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.